BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 09-290 KJM |
| | ) | |
| Plaintiff, | ) | Order |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY HAWKINS, | ) | DATE: March 24, 2011 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edmund F. Brennan |
| _____ | ) | |

   It is Hereby Ordered that the defendant appear on March 24, 2011, to show cause why the probation granted on January 14, 2010, should not be revoked.

   IT IS SO ORDERED.

Dated: January 10, 2011

/s/ Gregory G. Hollows for
_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge