1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  MATTHEW P. DE MOURA
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2936

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Mag. No. 09-290 EFB
                                )
12         Plaintiff,            )   Order
                                )
13     v.                        )
                                )
14 TERRY HAWKINS,                )   DATE: January 24, 2011
                                )   TIME: 10:00 a.m.
15         Defendant.            )   JUDGE: Hon. Edmund F. Brennan
   _____)

16

17      It is Hereby Ordered that the plaintiff United States of

18 America's motion to dismiss the Petition for Probation Revocation

19 for Mag. No. 09-290 EFB is GRANTED and that the hearing set for

20 January 24, 2011, is VACATED.

21      IT IS SO ORDERED.

22 Dated: January 24, 2011           _____
                                     EDMUND F. BRENNAN
23                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28